
 
 
 
 1
  Matthew K. Hobbs, Petitioner  v.  City of Salida; Christy Doon, in her official capacity as City of Salida Administrator; and Giant Hornet LLC d/b/a High Side! Bar and Grill. Respondents No. 24SC216Supreme Court of Colorado, En BancSeptember 30, 2024

 Court
 of Appeals Case No. 23CA73

 Petition
 for Writ of Certiorari GRANTED.

 Whether
 under subsection 25-12-103(11) the City may excuse violations
 of statewide noise limits set in Colorado's Noise
 Abatement Act by permitting for-profit entities to exceed the
 limits when holding "cultural, entertainment, athletic,
 or patriotic events" on private property, or are such
 permits invalid under the Act.

 
